1   LAW OFFICES OF IAN WALLACH, P.C.
    IAN M. WALLACH (SBN 237849)
2   iwallach@wallachlegal.com
    5777 W. Century Blvd., Ste. 750
3   Los Angeles, CA 90045
    Telephone: (213) 375-0000
4   Facsimile: (213) 402-5516

5   Attorneys for Plaintiffs
    PEDRO MARTINEZ and JULIETA MONDRAGON DE
6   MARTINEZ

7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PEDRO MARTINEZ AND JULIETA          Case No.:  5:24-cv-02557-SSS
    MONDRAGON DE MARTINEZ;
12                                      *Before the Hon. Sunshine Suzanne Sykes*
            Plaintiffs,
13                                      **PLAINTIFFS PEDRO MARTINEZ'**
14                                      **AND JULIETA MONDRAGON DE**
                                        **MARTINEZ' RESPONSE TO ORDER**
15                                      **TO SHOW CAUSE**

16          v.

17

18

19  COUNTY OF SAN BERNARDINO,
    et al,
20
            Defendants.
21

22

23

24

25

26

27

28

---

1

1    I am counsel to Plaintiffs Pedro Martinez and Julieta Mondragon de Martinez in

2    this action. Subsequent to the filing of this complaint, counsel learned of information

3    questioning whether viable claims could still be pursued against Defendant Paul

4    Matiasic ( "Matiasic") following a settlement in *Billy Roe, et al v. Hesperia Unified*

5    *School District, et al*, San Bernardino County Case No. CIVDS1904175, in which it

6    appears that Plaintiff Pedro Martinez may have waived any claims as to Defendant

7    Matiasic.  Although uncertain, it appears that any such claims have been waived.

8    To that end, a Notice of Dismissal Without Prejudice was filed on March 20,

9    2025.

10

11                                    Respectfully Submitted,

12
     Dated:  March 20, 2025           The Law Office of Ian Wallach, P.C.
13

14                                    _____

15                                    Ian Wallach
                                      Attorney for Plaintiffs,
16                                    Pedro and Juliette Martinez

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE