**Christie B. Swiss, Esq. (State Bar No. 245151)**
**Adam A. Ainslie, Esq. (State Bar No. 311427)**
**Rebecca J. Chmura, Esq. (State Bar No. 319106)**
**Claire Damon, Esq. (State Bar No. 348324)**
**COLLINS + COLLINS LLP**
**2011 Palomar Airport Road, Suite 207**
**Carlsbad, CA 92011**
**(760) 274-2110 - FAX (760) 274-2111**
**Email: cswiss@ccllp.law**
**Email: aainslie@ccllp.law**
**Email: rchmura@ccllp.law**
**Email: cdamon@ccllp.law**

Attorneys for Defendants
SAN BERNRDINO COUNTY (ERRONEOUSLY SUED AS "COUNTY OF SAN BERNARDINO" AND "SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT"), DEENA PRIBBLE, JOSETTE TRACY, BRIAN ARIAS, AND JONATHAN WOMELSDORF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MARTINEZ AND JULIETTE MONDRAGON DE MARTINEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT ("SBSD"); DEENA PRIBBLE (IN HER INDIVIDUAL CAPACITY); PAUL MATIASIC (IN HIS INDIVIDUAL CAPACITY); JOSETTE TRACY (IN HER INDIVIDUAL CAPACITY); BRIAN ARIAS (IN HIS INDIVIDUAL | CASE NO. 5:24-cv-02557-SSS-DTB <br> *[Hon. Sunshine Suzane Sykes, Courtroom 2]* <br><br> **[~~PROPOSED~~] ORDER RE: PARTIES STIPULATED PROTECTIVE ORDER** <br><br> **Complaint Filed:   12/02/2024** <br> **Trial Date:         06/14/2027** |

28179                                         1

**[~~PROPOSED~~] ORDER RE PARTIES STIPULATED PROTECTIVE ORDER**

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

CAPACITY); JONATHAN WOMELSDORF (IN HIS INDIVIDUAL CAPACITY); AND DOES 1 – 10 (IN THEIR INDIVIDUAL CAPACITIES),

               Defendants.

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted.**

**IT IS SO ORDERED.**

DATED: March 6, 2026

_____

*Hon. David T. Bristow*
United States Magistrate Judge

COLLINS + COLLINS LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

*28179*

2

**[PROPOSED] ORDER RE PARTIES STIPULATED PROTECTIVE ORDER**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,                   )
                                       )  ss.
County of Los Angeles.                 )

I am employed in the County of Los Angeles.  I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **[PROPOSED] ORDER RE: PARTIES STIPULATED PROTECTIVE ORDER** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☒ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on March 5, 2026  at Pasadena**,** California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

-------------------------------------------------------------------------------------
YVETTE FAJARDO-MILA

**[PROPOSED] ORDER RE PARTIES STIPULATED PROTECTIVE ORDER**

**COLLINS ✛ COLLINS** LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**PEDRO MARTINEZ, ET AL V. COUNTY OF SAN BERNARDINO, ET AL.**
Case Number: 5:24-cv-02557-SSS-DTB
CCLLP File Number: 28179

### SERVICE LIST

Ian Wallach
The Law Offices of Ian Wallach, P.C.
5777 West Century Blvd., St. 750
Los Angeles, CA 90045
T: (213) 375-0000 - F: (213) 402-5516
iwallach@wallachlegal.com
**ATTORNEY FOR PLAINTIFFS PEDRO MARTINEZ AND JULIETTE MONDRAGON DE MARTINEZ**

**COLLINS + COLLINS** LLP
2011 Palomar Airport Rd., Suite 207, Carlsbad, CA 92011
T: (760) 274-2100
F: (760) 274-2111

**[PROPOSED] ORDER RE PARTIES STIPULATED PROTECTIVE ORDER**